August 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

RAMIRO NAJERA, Appellant

NO. 14-14-00332-CV  V.

RECANA SOLUTIONS, LLC, Appellee

_____

This cause, an appeal from the judgment in favor of appellee Recana Solutions, LLC, signed April 14, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant Ramiro Najera to pay all costs incurred in this appeal.

We further order this decision certified below for observance.